We are your owners, and your circle of sponsors, and your manager, and your team. These are all our house rules. What that means is that the results are going to be sensitive to the public. Regardless, if you don't consider it one or two, it should certainly come first, or it has a population of a series of influence officers. You want to avoid a rule that you can't justify. It is the only option. It is not the most self-judgmental foundation of all public communities. You are there for a reason. It is not a concern to the public. It is a rule. It is not an issue. It is an issue. The second one has to do with the use of criminal defense, such criminal defense, especially in criminal cases. We just haven't talked about the use of substance abuse in criminal cases. I can tell you that's an issue. So, first of all, these are just the labor issues. I would say that the labor issue is that it has a position of representing all types of crime, including suicide, injuring suicide, or the abuse that you have as a result of this. It's a lot. It's a lot. It's lots of content. It's a great notion for self-rejection. And it's hard to bring it in. And it is the clear, it's the hard part. Thank you. Your next presentation is a deposition for trial. It is an issue of substance offense. And it's going to be something to think over. It's something you should know. It's a trigger surrounding the limitations of your area. It's a deposition for trial. Well, it wasn't a deposition for trial. The trial is over. It's a portion. It's pretty important for you to see the question. And the trial is over. I'm going to call upon your attention. I'm going to call upon your attention to the limitations of your conditions to convey the facts and the laws and the principles to convey the facts, because there aren't too many facts. There aren't too many facts. There aren't too many sources. It doesn't mean that you're wrong. But, basically, I think we should call upon you to investigate and to jury and to work on that. As for the jury, in many cases the jury is not included in here. You can apply your knowledge of the subject to a jury, and your client loves not to bring a jury summary judgment, because the court may not consider a jury summary judgment. Our case law makes it clear that in a qualified jury, we have to assume either the facts are disputed or assume that there's a discretion of it. You can apply a jury summary judgment motion. I don't understand why that doesn't work. I'm going to assume there's not. Why does the district court should sit around until the trial is over and say, okay, now I'm going to investigate. I don't think that is the way that I read this course. You follow up to the district court and see what it says. They sometimes argue that you are in a summary judgment. In a summary judgment, it doesn't make any concrete resolution to the disputed facts. And, you know, this is not our life. I just can't get it. You can call upon the jury. You can call upon the court. You can forward up some information. That's all that matters. In many cases, when you don't have a summary judgment, that's why you got to talk to the jury. And what I'm looking for is a majority that says the district court needs to observe that issue, to keep it for the first time or post-trial. I'm not interested in that procedure. I don't think it's a question of preserving. Usually, I think it's a question of being clear. What's the court saying? Does it help write a summary judgment? Does it make money? Does it allow you to pursue that motion? I'm not concerned about the litigation court. I'm concerned about the district court. What I'm concerned about is why it is. Have you ever heard the phrase, I'm in your favor, why do we need to have a qualified community issue center? Because it's in the form of a post-trial motion. Briefly, but I don't know why it is that the district court should be expected to observe that the qualified community issue center is an issue that we need to discuss. It's not also a question of whether it's in business, it's not a question of if it's in the end, it's in the time, it's in the start, it's in the conclusion. But I just don't understand why the district court has to do this. It's a very close-rung summary judgment. So, when we talk about a detailed summary judgment, one of the issues that is concerned for us as district courts is if you are told to wait, you are to be called by the community motion, because you did not file a motion for judgment. It's a summary judgment. And, above all, what we are required to do is to file a post-trial motion in order to observe the right to get to a full community motion. Now, I'll find the case of sexual abuse in the community. This is a very trial issue. It's something that the district court has to do. And part of the problem I think here is the court tonight has lost one of its hearers, who, of course, had to handle a number of other local communities, and have to call a community motion. And, of course, there are even some courts that are not being invited to do this. So, essentially, the court itself wants to be consistent with the community judgment. And, again, I mean, there's so many areas that are important. You've got the situation, and, you know, as you said, basically, as many of this area, and obviously, the communities, and of course, all the sources, the community of Los Angeles, it's a community, and it's part of what the state is doing. And, of course, the right to do this, the federal courts, the community jurors, the district courts, all of us,    it's a very great job that you go across. It's a very positive service for communities, different frames of service for countries that are involved. And so that is a great opportunity to contribute to that. And the way the law is set up, the juries decide whether to host and then have the jury question as to whether or not qualified immunity is provided. And so the jury questions are provided by the court, and that is to the judge and then subject to the jury and then subject to the judge's decision. I think your argument is a very good question. It's important for the jury to resolve, and particularly according to the situation that we're in. So I think the jury should have a choice. Just to my knowledge, if you're receiving a trial that has a positive meaning, you're not going to be charged with a crime. I'm very willing to discuss your solution and response to that. Well, first response to that is, if this test of ruling still doesn't address the question of whether or not you're required to commune subjectively, could you interrupt and say, I'm so confused because you don't have a life sentence at least. Preserve the issue until you reach that conversation. I think this is important to understand. We think that you are going to be required to have a trial. This is not an issue of law, but it is an issue of your argument, and it is an issue of your consent, and it is an issue of your choice, of course. In our jury's ruling, she said it seems to me that your life sentence would be the consecutive issue of your response. I'm not sure how you're going to do that. I think you're going to have to ensure that you have a choice. First of all, you said you're willing to speak to the administration. Well, I'm going to be asking you to judge the resolve as it pertains to the English language. There's no question that didn't happen in the previous case. I would support that because people's language for the trial jury should be in charge of whether or not a waiver could occur. And there are some cases where final waivers do not occur. I support the provision that a waiver should occur if you are not willing to speak to the judge. I would trust that the judge will be there to see in terms of your response. But your argument is too much to do there. It runs into the problem of time-off. You mentioned that we can't confirm a fee-based order by the jury. So I think this short statement is a reasonable argument to make. However, I'd like to know if there's new practice in this area. It's one of the current cases where I find it's a little too early to call it a community issue. I know they have to be counseled, but it will be grazed into the evidence. And then, to make it special, it's right up to the jury to decide what is effective and what will be permitted to the courts. Well, I'm here as a judge. It's recurrent. I'm aware of it. And perhaps I'll be able to see here that you provide stories that have occurred in cases where qualified community law is in place, and people continue to engage in those non-successful practices. And so I'm going to be able to assist you. I'm going to be able to assist the courts. This is not just a short statement. It's not a short statement. I think that it is a cause for compelling statement and evidence. And I think it would be worth discussing, but I also think it's very recurrent. We're in public ownership, and we have a unique resource of being in the law and being in public ownership. And I think it's a unique thing. So, it starts today that we have this right as law, and it's a chance for change. It's a remote, self-sustaining experience for people. This is not a decree. What we want is for the civilians to be able to be in the law and be able to be in the judgment, and to be able to be in the judgment of the officer in trying to be a successful enforcer of law. And since it's already been trained in law, it's not a decree.  And it's a chance to be in the judgment of the officer in trying to be a successful enforcer. And I think the worst part of that strategy is that it diverts from the pursuit of the victim. It's a particular focus from where the convict is, also pursuits the force of subjective virtues. So, this is the job that I'm committed to, and I'm going to keep doing this on a daily basis. Thank you. Thank you very much. Thank you. Thank you. Thank you.  Thank you. Good morning, Your Honor. This is Paul Strunk. Thank you for your support. So, the major issue I think needs to be identified, and the issue in this case, it seems pretty clear that the public and the agency will stand for that. If you're so inclined, and it happens, do you believe it? Do you take that as a statement? And for the rules that you mostly use, do you take it as a main problem? How are you going to do this? Talk about it. Are you going to do it? Are you going to do it? Is that something that the public understands? The key to this report, and I'm going to talk about it, is the public and the agency, as well as the agency committee that is in existence in order to move forward. Every decision that you make in this case, if you intend to raise a vote on the case, it's going to be in the case that you pursue. I just need an admission to the subcommittee board, has a vote of your own choice to determine. Because, for example, in this case, there was a call-in, and you had been to the floor, and you were seen in the middle of a police car, and who knows if you could be interviewed for a vote of your own choice, or, of course, it found to be excessive. So, if lawyers and police officers want to be open and informed, every case has been done. You can't, when you can get your own voice to inform the decision of this subcommittee, it's your own choice. And the comments from the agency committee were in, and you get them from the jury, from the subcommittee, and the judge. And the fact is that it was angered when they said there's no reason to vote for this subcommittee. They didn't know that it was going to be held by a different subcommittee. There are different solutions to this case. I would say it's best to be patient with everybody before two different versions of the evidence. It's pretty obvious, and I think that's one of the reasons why this is so important, and I just want to make that clear. It's not guilty theory. There's different versions of the evidence. I would say also that in this version, if you're a client, there's just a set of different versions. I thought about it, and when I thought about it, there are years of manual work on the evidence, and you need to know, which is very important, so that you're able to know to make the right decision. Yes, that's true. That's true. And what's interesting is, as the evidence is used, it is still used for a different purpose. There are many different ways that you can make a decision, and the key that you do is to make a decision that you will choose to make in the future. So, as they argue in their ways, if you take them at their word, there's only one version, that they could make a decision. It was only in trying, when they heard Mr. Duncan's testimony, that they could make a decision. And they were swarming in, and they were communicating, and some of the factors that they shared, some of the things that I brought up earlier, and many of the comments, and I agree with you, most of the times, it is a person's arguments can be integrated into the strongest evidence, and that is that you have to observe, if you're going to argue, if you think you're going to have an argument, you tell the judge, many courts will tell you, and there are many courts, and you have to be able to reasonably say that it is decent. Well, I guess, I think I'm not demonstrating that there are problems here, but I mean, it's very possible that it's just, you know, it's a waste of resources, you know what I'm saying? It's just, that's correct, they were going to say, it's one case, this is the fourth season. Right. So, I don't, I'm not trying to do something, I'm not going to say, you know, I'm sorry, you're making a lot of money, so it's just, you know, the truth is, most people, most people, so also in these situations, we're talking about the court, and the others, and the others, in a situation, that it's going to be difficult for these individuals, because many times, others are trying to support this, and now, there's this guy, the jury is going to say, you know, and they're thinking, he's free, the jury is free, he's free, so I'm just going to say, the professor is not performing his or her duties, and he has to use his assistive force, it has nothing to do with the, with the, the real reach of the suspect, and that we're overspecified, and that the, that the trial procedure has to be made, is for the officer to use the assistive force, and, and not the expression, and I'm concerned for, I'm concerned for the public health, so that is that, if an officer is putting various substances to law, and you're, you're able to hold your case, and the officer uses the assistive force, and then the, the OSD, should be able to use the force, to receive some of the, some of the major public health expenditures, requires the OSD to make some decision, is this, the officer using the assistive force necessary, so that the first step, is, what's the officer, using the assistive force, that's the first step, if the officer is not using the assistive force, it doesn't matter, what the sentence is, thanks, for instance, the sentence, most often, the reason the instruction is given, is because, if you reach for a reasonable, reasonable aim, if you go to an officer, who's ready to work with you, and you ask the officer, if you can, if you can, if you can, if you can, if you can, if you can, if you can, it's a very good call, because you can read the officer, who is so ready to work with you, if the officer were to walk into a space, that exists, and not come to their aid, if you don't get the instruction, the citizen can't do nothing, he's taking all the leads, all the leads, so he certainly needs to be told, that in the circumstances, he has assistive force, that assistive force, that makes applications, that makes all the instructions, and, looking at the course, the off prom course group, you've got to be prepared. Set a high point, or, maybe, once the city of Colorado needs a car, you're gonna occasionally miss it. Any, custom, any structural. In this case, opened-heartedness, Burton Rouse, which basically means, if you're senior, who is putting the pilots on the earth, where is this person sitting? And it's great. It's a great time. It's just, it's just beautiful. And, this work, I'd say, is the 13th year of the World Health Day is taking place. And, there's a huge amount of structural change. And, just a little bit about the community, which is, it's, it's very supportive, and it's, it's in the papers. Projects are being run on campus. If a project is sitting, there is a support, a community support. According to the Supreme Court definition of that, what's happened? This was a case, simply, a program was intervened by the Department of Disease, and it's not, it's not our agency, it's the Department of Labor. Walking by a police officer, who is not an individual, you know, and he isn't for services, or anything, and, out of the blue, gets grabbed and slandered for, with such force, it's a, it's a disrespectful situation. So, it was, it was, it was, so, and,
judges: Gould, Clifton, Watford